UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Christopher A. Shelton**
**Joanna P. Shelton**

Debtors

Chapter 13

Case No. 24-20136

## DEBTORS' OBJECTION TO UNITED STATES' MOTION FOR RELIEF FROM STAY

NOW COME the Debtors, by and through undersigned counsel, and object to United States' Motion for Relief from Stay as follows:

1.  The Debtors admit the allegations contained in Paragraph I of the Background section of the Motion.

2.  The Debtors admit the allegations contained in Paragraph II of the Background section of the Motion. The Debtors deny the allegations with respect to the value of the real estate located at 314 Cousins Street.  The Debtors believe the property value is $1.2 million, as listed on the filed Schedule A/B.  While the Debtors understand the United States has a different valuation, the individual on whose opinion they are relying has not been inside the Debtor's home to assess its condition and impact on overall value. The Debtors are working with a local realtor that will be coming to their home and who has extensive experience with sales in their community, to produce a current broker's price opinion.

3.  The Debtors deny that relief from the automatic stay is appropriate in this case and further respond to the arguments contained in Paragraph I, I(a) and I(b) of the Argument section of the Motion as follows:

a.  The Debtors' plan provides for full payment of the claim(s) owed to the United

States.  Through counsel, the Debtors have also offered to make adequate protection

payments to the United States until such time as the claim is paid in full.

b.  The Debtors assert that there is equity in their home beyond the allowed secured

claims and further state that adequate protection payments will ensure the United

States is not harmed until such time as the property is sold.  Further, it is reasonable

to assume that with time, the value of the property will only increase.  The net result

being that all secured creditors will be paid in full.  The Debtors will be able to use

the increased net proceeds for a new home for them and their two minor children

and allow them to effectively reorganize their financial affairs.

4.  The Debtors deny the allegations contained in Paragraph II of the Argument section of

the Motion and further respond as follows:

Debtors' counsel is in active discussions with secured parties in interest regarding

adequate protection payments which would protect those parties' interests so that

the amounts owed don't increase while the Debtors work towards a sale that will

benefit all parties.

5.  The Debtors denies the allegations in Paragraph III of the Argument section of the

Motion.

WHEREFORE, the Debtors pray that this Honorable Court deny the Movant's Motion

and grant such other and further relief as this Court deems just and reasonable.

Dated:  August 21, 2024                          Christopher A. Shelton
                                                 Joanna P. Shelton

                                                 By: */s/ Jennifer G. Hayden*
                                                 Jennifer G. Hayden, Esq.
                                                 Molleur Law Office

190 Main St., 3rd Floor
Saco, ME 04072
207-283-3777
jen@molleurlaw.com