UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>CHRISTOPHER A. SHELTON AND JOANNA P. SHELTON,<br><br>Debtors | Chapter 13<br>Case No. 24-20136-PGC |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES Real Time Resolutions, Inc. ("**RTR**") and objects to confirmation of the Chapter 13 plan of Christopher A. Shelton and Joanna P. Shelton (the "**Debtors**"). In support of its objection to confirmation, RTR states as follows:

1. RTR is the holder of a note and second mortgage on certain real property known as and numbered 314 Cousins Street, Yarmouth, Maine (the "**Property**").

2. On July 2, 2024, the Debtors filed a voluntary Chapter 13 petition with this Court, commencing the above-captioned case. Doc. No. 1.

3. The mortgage matured on January 1, 2022. On the petition filing date, the amount owed to RTR pursuant to the Note and Mortgage was approximately $180,015.68.[1]

4. On July 29, 2024, the Debtors filed a Chapter 13 plan (the "**Plan**"). Doc. No. 16. The Plan fails to treat RTR's secured claim.

5. RTR asserts that, given the matured status of the mortgage, the Debtors must provide for the payment of the same through the Plan. Moreover, the same must

[1] Final figures will be included in the Proof of Claim. The bar date is September 10, 2024.

be paid at a reasonable rate of interest. See Till v. SCS Credit Corp., 541 U.S. 465, 124 S. Ct. 1951, 158 L. Ed. 2d 787 (2004) (endorsing a formula approach whereby risk-factor points are added to the present prime rate to reach an appropriate interest rate).

WHEREFORE, in light of the foregoing, Real Time Resolutions, Inc. respectfully requests that this Court enter an order:

(a) Denying confirmation of the Debtor's Chapter 13 plan; and

(b) Granting Real Time Resolutions, Inc. such other and further relief as is just and proper.

Respectfully submitted,

Real Time Resolutions, Inc.,

By its attorneys,
Demerle & Associates PC,

*/s/ Joan M. Egdall*

Joan M. Egdall, Esq. (#9490)
10 City Square, 4th Floor
Boston, MA 02129
(617) 337-4444
(617) 337-4496 (fax)
jegdall@demerlepc.com

Dated: August 27, 2024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br>CHRISTOPHER A. SHELTON AND JOANNA P. SHELTON,<br>Debtors | Chapter 13<br>Case No. 24-20136-PGC |

**CERTIFICATE OF SERVICE**

I, Joan M. Egdall, Esq. of the law firm of Demerle & Associates PC, hereby certify that I have this 27th day of August 2024 served on behalf of Real Time Resolutions, Inc. an Objection to Confirmation of Chapter 13 Plan and this Certificate of Service by causing copies hereof to be sent by electronic mail via the Case Management / Electronic Case Files (ECF) system and by private electronic mail to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| Christopher A. Shelton<br>Joanna P. Shelton<br>314 Cousins Street<br>Yarmouth, ME 04096 (M) | Jennifer Gail Hayden, Esq.<br>Molleur Law Office<br>190 Main Street, 3rd Floor<br>Saco, ME 04072 (ECF) |
| Richard Thomas Mulligan, Esq.<br>Brock & Scott, PLLC<br>3825 Forrestgate Dr.<br>Winston Salem, NC 27103 (ECF) | Lee Seitz, Esq.<br>DOJ-Tax<br>P.O. Box 55<br>Washington, DC 20044 (ECF) |
| Kaitlyn M. Husar, Esq.<br>Office of the Maine Attorney Gneral<br>6 State House Station<br>Augusta, ME 04333-0006 (ECF) | Andrew M. Dudley, Esq.<br>Standing Chapter 13 Trustee's Office<br>P.O. Box 429<br>Brunswick, ME 04011 (ECF) |
| Office of U.S. Trustee<br>537 Congress Street, Suite 300<br>Portland, ME 04101 (ECF) | |

/s/ *Joan M. Egdall*
Joan M. Egdall, Esq.