Relief Requested Without Hearing

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**Christopher A. Shelton**<br>**Joanna P. Shelton**<br><br>Debtors | Chapter 13<br><br>Case No. 24-20136 |

**DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE**

NOW COME the Debtors, Christopher A. Shelton and Joanna P. Shelton, by and through their undersigned counsel, pursuant to 11 U.S.C. §1307(b) and Bankruptcy Rule 1017 and move to dismiss their Chapter 13 case, stating affirmatively that this case has not previously been converted from Chapter 7.

Christopher and Joann Shelton

Dated: September 10, 2024

By:*/s/ Jennifer G. Hayden*

Jennifer G. Hayden, Esq.
Molleur Law Office
190 Main Street, 3rd Fl
Saco, ME 04072
(207) 283-3777
jen@molleurlaw.com