**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**Christopher A. Shelton**<br>**Joanna P. Shelton**<br><br>Debtors | Chapter 13<br><br>Case No. 24-20136 |

## ORDER ON MOTION TO DISMISS

Upon the Motion for Debtors, Christopher A. Shelton and Joanna P. Shelton, to dismiss their case under 11 U.S.C. 1307(b), dated September 10, 2024, [Dkt. No. 46] and finding that this case has not been previously converted from a Chapter 7 case, it is hereby

**ORDERED** that the Debtors' case is dismissed.

This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated: September 10, 2024

/s/ Peter G. Cary
Peter G. Cary
U.S. Bankruptcy Judge
District of Maine